UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| ANTHONY J. BRODZKI, | ) | |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | |
| vs. | ) | 2:11-CV-1953-PMP-GWF |
| | ) | |
| CITY OF LAS VEGAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    **IT IS ORDERED** that Plaintiff's Objections [3] to the Report and Recommendation of the Magistrate Judge [2] are overruled and the recommendation of the Magistrate Judge that Plaintiff's Complaint be dismissed with prejudice is affirmed and this case is hereby dismissed with prejudice.

    DATED: January 30, 2012.

_____

PHILIP M. PRO, UNITED STATES DISTRICT JUDGE