UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTHONY J. BRODZKI, | ) |
| | ) |
| Plaintiff, | ) **O R D E R** |
| | ) |
| vs. | ) 2:11-CV-1953-PMP-GWF |
| | ) |
| CITY OF LAS VEGAS, | ) |
| | ) |
| Defendant. | ) |

**IT IS ORDERED** that Plaintiff's Objections [3] to the Report and Recommendation of the Magistrate Judge [2] are overruled and the recommendation of the Magistrate Judge that Plaintiff's Complaint be dismissed with prejudice is affirmed and this case is hereby dismissed with prejudice.

DATED: January 30, 2012.

*[signature: Philip M. Pro]*

PHILIP M. PRO, UNITED STATES DISTRICT JUDGE